United States Bankruptcy Court

Southern District of Florida

In re:  
Harold Gonzalez  
    Debtor

Case No. 23-19973-RAM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 113C-1             User: admin             Page 1 of 3  
Date Rcvd: Dec 01, 2023            Form ID: 309I            Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Harold Gonzalez, 1199 W 35 St #208, Hialeah, FL 33012-4902 |
| 97174126 | + | Baker Donelson, ATTN Terri N. Thomas, Esq., 200 S Orange Ave, Suite 2900, Orlando, FL 32801-3448 |
| 97174127 | + | Baker Donelson, ATTN Terri N. Thomas, Esq., PO Box 1549, Orlando, FL 32802-1549 |
| 97174140 | + | Lease agreement, 1199 W 35 ST, APT 208, Hialeah, FL 33012-4902 |
| 97174144 | + | Roomstogo/crossriver/g, 1797 Ne Expressway, Atlanta, GA 30329-7803 |
| 97174145 | + | Senna Lend, 4995 Nw 72nd Ave Suite 204, Miami, FL 33166-5643 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: eservice@blancopa.com | Dec 01 2023 23:29:00 | Jose A Blanco, Jose A. Blanco, P.A., 102 E 49th ST, Hialeah, FL 33013 |
| tr | + | Email/Text: BNC@ch13miami.com | Dec 01 2023 23:51:00 | Nancy K. Neidich, www.ch13miami.com, POB 279806, Miramar, FL 33027-9806 |
| smg | | EDI: FLDEPREV.COM | Dec 02 2023 04:04:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallhassee, FL 32314-6668 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Dec 01 2023 23:53:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| 97174123 | + | Email/Text: bankruptcy@acimacredit.com | Dec 01 2023 23:54:00 | Acima Credit, 9815 South Monroe Street, 4th Floor, Sandy, UT 84070-4384 |
| 97174124 | + | Email/PDF: bncnotices@becket-lee.com | Dec 02 2023 00:17:03 | American First Finance, Attn: Bankruptcy, Po Box 565848, Dallas, TX 75356-5848 |
| 97174125 | + | Email/PDF: bncnotices@becket-lee.com | Dec 02 2023 00:16:58 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 97174131 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Dec 01 2023 23:29:00 | CREDIT CORP SOLUTIONS. INC., 121 West Election Road, Suite 200, Draper, UT 84020 |
| 97174128 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Dec 01 2023 23:54:00 | Checksystems, 7805 Hudson Rd, Saint Paul, MN 55125-1594 |
| 97174129 | + | EDI: FLDEPREV.COM | Dec 02 2023 04:04:00 | Child Support Enforcement, PO Box 8030, Tallahassee, FL 32314-8030 |
| 97174130 | + | EDI: WFNNB.COM | Dec 02 2023 04:04:00 | Comenity Capital, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 97174133 | + | EDI: DISCOVER | Dec 02 2023 04:04:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 97174134 | | Email/Text: bankruptcycourts@equifax.com | Dec 01 2023 23:52:00 | Equifax, Attn: Bankruptcy Dept., P.O. Box 740241, Atlanta, GA 30374 |
| 97174135 | ^ | MEBN | Dec 01 2023 23:22:28 | Experian, Attn: Bankruptcy Dept., P.O. Box 2002, |

| District/off: 113C-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 01, 2023 | Form ID: 309I | Total Noticed: 34 |

| Recip ID | | Notice Type | Date Sent | Name and Address |
|---|---|---|---|---|
| | | | | Allen, TX 75013-2002 |
| 97174136 | | EDI: FLDEPREV.COM | Dec 02 2023 04:04:00 | Florida Department Of Revenue, 5050 W Tennessee St, Tallahassee, FL 32399-0110 |
| 97174138 | ^ | MEBN | Dec 01 2023 23:24:40 | Honorable Merrick Garland, Attorney General, Dept of Justice #4400, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 97174132 | | EDI: IRS.COM | Dec 02 2023 04:04:00 | Department of the Treasury, PO Box 21126, Philadelphia, PA 19114 |
| 97174141 | + | EDI: MERCEDES | Dec 02 2023 04:04:00 | Mercedes - Benz Financial Services, Attn: Bankruptcy, P.O. Box 685, Roanoke, TX 76262-0685 |
| 97174142 | | EDI: PRA.COM | Dec 02 2023 04:04:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 97174143 | + | Email/Text: newbk@Regions.com | Dec 01 2023 23:54:00 | Regions Bank, 2050 Parkway Office Cir, Birmingham, AL 35244-1805 |
| 97174146 | | Email/Text: mhslegal@mhs.net | Dec 01 2023 23:52:00 | South Broward Hospital District, 3111 Stirling Road, Fort Lauderdale, FL 33312 |
| 97174148 | + | EDI: SYNC | Dec 02 2023 04:04:00 | Synchrony Bank, 170 West Election Road, Suite 125, Draper, UT 84020-6425 |
| 97174147 | + | EDI: SYNC | Dec 02 2023 04:04:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 97174149 | ^ | MEBN | Dec 01 2023 23:21:44 | Transunion, Attn: Bankruptcy Dept., P.O. Box 2000, Chester, PA 19016-2000 |
| 97174137 | | Email/Text: USAFLS.Bankruptcy@usdoj.gov | Dec 01 2023 23:50:00 | Honorable Markenzy Lapointe, US Attorney for Southern District, 99 NE 4 St, Miami, FL 33132 |
| 97174150 | + | EDI: WFFC2 | Dec 02 2023 04:04:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 97174151 | + | EDI: WFFC2 | Dec 02 2023 04:04:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 97174152 | + | Email/Text: bankruptcy@wofco.com | Dec 01 2023 23:30:00 | World Omni Financial Corp., Attn: Bankruptcy, 6150 Omni Park Drive, Mobile, AL 36609-5195 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 97174139 | * | IRS Centralized Bankruptcy Department, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 113C-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 01, 2023 | Form ID: 309I | Total Noticed: 34 |
| Date: Dec 03, 2023 | Signature: /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jose A Blanco | on behalf of Debtor Harold Gonzalez eservice@blancopa.com  Blanco.JoseA.R105197@notify.bestcase.com |
| Nancy K. Neidich | e2c8f01@ch13miami.com  ecf2@ch13miami.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Harold Gonzalez<br>First Name    Middle Name    Last Name | Social Security number or ITIN: xxx–xx–0549<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: | Southern District of Florida | Date case filed for chapter: 13    11/30/23 |
| Case number: | 23–19973–RAM | |

# Notice of Chapter 13 Bankruptcy Case

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See boxes 8 and 12 below for more information.)

**You may want to consult an attorney to protect your rights. The bankruptcy clerk's office staff cannot give legal advice.**

**To help creditors correctly identify debtors, debtors must submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

**WARNING TO DEBTOR:** Debtors must commence plan payments within 30 days of filing the chapter 13 petition or conversion to chapter 13. Without further notice or hearing the court may dismiss your case for failure to timely pay filing fee installments, failure to appear at the meeting of creditors or failure to be current with plan payments at the time of the meeting of creditors, and for failure to file a pre–bankruptcy certification of credit counseling or file wage documentation. The case may also be dismissed or converted at the scheduled confirmation hearing if the court denies confirmation of the pending plan under 11 U.S.C. § 1325 and denies a request made for additional time for filing another plan or a modification of a plan.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's Full Name** | Harold Gonzalez | |
| 2. | **All Other Names Used in the Last 8 Years** | | |
| 3. | **Address** | 1199 W 35 St #208<br>Hialeah, FL 33012 | |
| 4. | **Debtor's Attorney**<br>(or Pro Se Debtor)<br>Name and address | Jose A Blanco<br>Jose A. Blanco, P.A.<br>102 E 49th ST<br>Hialeah, FL 33013 | Contact phone (305) 349–3463 |
| 5. | **Bankruptcy Trustee**<br>Name and address | Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027 | Contact phone 954–443–4402 |
| 6. | **Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered** | US Bankruptcy Court<br>301 North Miami Avenue, Room 150<br>Miami, FL 33128 | Hours open 8:30 a.m. – 4:00 p.m.<br>Contact phone (305) 714–1800 |
| | | Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format via CM/ECF at any clerk's office public terminal (at no charge for viewing) or via PACER on the internet accessible at pacer.uscourts.gov (charges will apply). Case filing and unexpired deadline dates can be obtained by calling the Voice Case Information System toll–free at (866) 222-8029. As mandated by the Department of Homeland Security, ALL visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g. drivers' license, state identification card, passport, or immigration card). | **Note:** Contact the Clerk's Office at the number listed above or check the court's website for reduced hours of operation for in–person filings.<br><br>Clerk of Court: **Joseph Falzone**<br>Dated: **12/1/23** |
| 7. | **\*\*MEETING OF CREDITORS\*\***<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must be present with required original government–issued photo identification and proof of social security number (or if applicable, Tax ID). Creditors may attend, but are not required to do so. | **January 4, 2024 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | *MEETING TO BE HELD BY VIDEO CONFERENCE*<br><br>**Go to www.Zoom.us, click on JOIN or call (954) 399–2956, Enter Meeting ID 603 731 5972, and Passcode 4054528990**<br><br>For additional meeting information visit: www.justice.gov/ust/moc |

Local Form 309I USBC SDFL (11/07/2023)    Notice of Chapter 13 Bankruptcy Case    page 1

| Debtor **Harold Gonzalez** | | Case number **23–19973–RAM** |
|---|---|---|

| 8. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. Writing a letter to the court or judge is not sufficient. | **Deadline to file a complaint to challenge dischargeability of certain debts:** **You must file:** • a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or • a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 3/4/24** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 2/8/24** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 5/28/24** |
| **When Filing Proofs of Claim:** If the debtor is not represented by an attorney, you must serve copies of the proof of claim including all attachments on the debtor, via U.S. Mail, see Local Rule 3002–1(E). Claims may be delivered or mailed to the clerk's office. Creditors with internet access have the option to use the electronic claims filing program on the court website at www.flsb.uscourts.gov to electronically file a proof of claim. | **Deadlines for Filing Proof of Claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.flsb.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. If this is a converted case proofs of claim filed under the initial chapter shall be deemed filed and need not be refiled. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing proofs of claim in this notice apply to all creditors. If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline to file a proof of claim. See also box 10 below. | |
| | **Deadline to Object to Exemptions:** The law permits debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. **The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions.** | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors, or within 30 days of any amendment to the list of supplemental schedules, unless as otherwise provided under Bankruptcy Rule 1019(2)(B) and Local Rule 4003–1(B) for converted cases. |
| 9. **Filing of Plan and Hearing on Confirmation** **Deadline to Object to Confirmation** **Attorney Fee Claims** | The hearing on confirmation will be held on: **2/13/24** at **01:30 PM**, by **VIDEO CONFERENCE**. You must register in advance no later than 3:00 PM, one business day before the hearing. To register, click on or enter the following registration link in a browser: https://www.zoomgov.com/meeting/register/vJItdOyvrjIvGmlCDrtlqCZrs_TzvTdyAJ0 If the debtor filed a Chapter 13 Plan, it is included with this notice. If no Plan is filed, the Plan will be mailed to **ALL** parties in accordance with Local Rule 2002–1(C)(5). At the confirmation hearing on the plan, the court will consider all timely objections to confirmation and any filed motions to dismiss or convert the case. Except for objections to confirmation based on valuation of collateral in the plan or objections to attorney fee claims, **objections to confirmation of the plan must be in writing and filed no later than 14 days prior to the date first scheduled for hearing on confirmation, see Local Rule 3015–3(B)(1).** Attorney fee applications and objections to attorney fees shall be heard at the confirmation hearing. | |
| 10. **Creditors with a Foreign Address** | Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. **Filing a Chapter 13 Bankruptcy Case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a Plan. A Plan is not effective unless the Court confirms it. You may object to Confirmation of the Plan and appear at the Confirmation hearing. The Confimation hearing will be held on the date shown in box 9 of this notice. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| 12. **Discharge of Debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. See box 8 for deadlines. The discharge will not be issued until the Official Bankruptcy Form "Certification About a Financial Management Course" is filed by the debtor (unless the course provider filed a certificate of completion of the financial management course on behalf of the debtor). | |
| 13. **Option to Receive Notices Served by the Clerk by Email Rather than U.S. Mail** | 1) EBN program open to all parties. Register at the BNC website bankruptcynotices.uscourts.gov, **OR** 2) DeBN program open to debtors only. Register by filing with the Clerk of Court, Local Form "Debtor's Request to Receive Notices Electronically Under DeBN Program". There is no charge for either option. See also Local Rule 9036–1(B) and (C). | |
| 14. **Translating Services** | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors. | |