UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                                                    Case No. 23-19973-RAM
                                                                                               Chapter 13
HAROLD GONZALEZ,

     Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that Terri N. Thomas, attorney at Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, hereby appears as counsel of record on behalf of REGIONS BANK, an Alabama banking corporation ("Regions"), a creditor in the above-referenced case. Such counsel hereby enters her appearance pursuant to Federal Rule of Bankruptcy Procedure 9010(b); and such counsel hereby requests, pursuant, *inter alia*, to Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007 and §342 of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given to and served upon the undersigned at the following addresses:

        Terri N. Thomas, Esq.
        Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
        200 South Orange Avenue, Suite 2900
        Post Office Box 1549
        Orlando, Florida 32802-1549
        Telephone: (407) 367-5421
        Primary Email:    *tthomas@bakerdonelson.com*
        Secondary Emails:  *bkcts@bakerdonelson.com*
                             *cranderson@bakerdonelson.com*
                            *jrusso@bakerdonelson.com*

Further, the undersigned consents to service of papers and notices via electronic mail, or other electronic means at electronic mail addresses shown above.

PLEASE TAKE FURTHER notice that the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, any notice,

application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, or otherwise filed or made in or with regard to the referenced case and proceedings herein.

Submitted February 6, 2024.

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
200 South Orange Avenue, Suite 2900
Post Office Box 1549
Orlando, Florida 32802-1549
Telephone: (407) 367-5421
*Counsel for Regions Bank*

By: */s/ Terri N. Thomas*
Terri N. Thomas
Florida Bar No. 485810
*tthomas@bakerdonelson.com*
*bkcts@bakerdonelson.com*
*cranderson@bakerdonelson.com*
*jrusso@bakerdonelson.com*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the February 6, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and have sent notification of such filing to all CM/ECF participants in this case, including the office of the U.S. Trustee and all other parties in interest, as per the Master Address List.

*/s/ Terri N. Thomas*
Terri N. Thomas
Counsel for Regions Bank

Acima Credit
9815 South Monroe Street
4th Floor
Sandy, UT 84070

American First Finance
Attn: Bankruptcy
Po Box 565848
Dallas, TX 75356

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Baker Donelson
ATTN Terri N. Thomas, Esq.
200 S Orange Ave, Suite 2900
Orlando, FL 32801

Baker Donelson
ATTN Terri N. Thomas, Esq.
PO Box 1549
Orlando, FL 32801

Checksystems
7805 Hudson Rd
Saint Paul, MN 55125

Child Support Enforcement
PO Box 8030
Tallahassee, FL 32314

Comenity Capital
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

CREDIT CORP SOLUTIONS. INC.
121 West Election Road, Suite 200
Draper, UT 84020

Department of the Treasury
PO Box 21126
Philadelphia, PA 19114

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054

Equifax
Attn: Bankruptcy Dept.
P.O. Box 740241
Atlanta, GA 30374

Experian
Attn: Bankruptcy Dept.
P.O. Box 2002
Allen, TX 75013

Florida Department Of Revenue
5050 W Tennessee St
Tallahassee, FL 32399-0110

Honorable Markenzy Lapointe
US Attorney for Southern District
99 NE 4 St
Miami, FL 33132

Honorable Merrick Garland
Attorney General
Dept of Justice #4400
950 Pennsylvania Ave NW
Washington, DC 20530

IRS Centralized Bankruptcy Department
PO Box 7346
Philadelphia, PA 19101-7346

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud MN 56302-9617

Lease agreement
1199 W 35 ST, APT 208
Hialeah, FL 33012

Mercedes - Benz Financial Services
Attn: Bankruptcy
P.O. Box 685
Roanoke, TX 76262

4

Mercedes-Benz Financial Services USA LLC
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

Quantum3 Group LLC as agent for
Credit Corp Solutions Inc
PO Box 788
Kirkland, WA 98083-0788

Regions Bank
2050 Parkway Office Cir
Birmingham, AL 35244

Roomstogo/crossriver/g
1797 Ne Expressway
Atlanta, GA 30329

Senna Lend
4995 Nw 72nd Ave Suite 204
Miami, FL 33166

South Broward Hospital District
3111 Stirling Road
Fort Lauderdale, FL 33312

Synchrony Bank
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank
170 West Election Road, Suite 125
Draper, UT 84020

Transunion
Attn: Bankruptcy Dept.
P.O. Box 2000
Chester, PA 19016-2000

Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus Mac X2303-01a 3rd Floor
Des Moines, IA 50328

Wells Fargo Dealer Services
Attn: Bankruptcy
1100 Corporate Center Drive
Raleigh, NC 27607

World Omni Financial Corp.
Attn: Bankruptcy
6150 Omni Park Drive
Mobile, AL 36609