

ORDERED in the Southern District of Florida on February 14, 2024.

_____
**Robert A. Mark, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Jerome Snell                                   Case No.: 23-18014-RAM
                                                          Chapter 13

                Debtor(s)                   /

## ORDER SUSTAINING OBJECTION TO CLAIM OF VERIZON BY AMERICAN INFOSOURCE AS AGENT

THIS MATTER having come to be heard without objection on February 13, 2024, upon Debtor's Objection to Claim of Verizon by American InfoSource as agent; claim #3 ("Objection") [ECF#29] and based on the record, IT IS;

ORDERED AND ADJUDGED:

1. The Objection is SUSTAINED.

2. The claim is stricken and disallowed.

# # #

Respectfully Submitted:
Jose A. Blanco | 062449
**JOSE A. BLANCO, P.A.**
102 E 49th ST
Hialeah, FL 33013
Tel:    (305) 349-3463
Fax:    (786) 567-5057
E-Mail: jose@blancopa.com

The Law Office of Jose A. Blanco, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.

LF-70 (rev. 12/01/09)