United States Bankruptcy Court

Southern District of Florida

| | |
|---|---|
| In re: | Case No. 23-18016-RAM |
| Fernando Eliseo Gomez | Chapter 13 |
| Maite Esther Cespedes | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 18, 2024 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 97177742 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 18 2024 23:16:47 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jan 20, 2024 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| AIS Portfolio Services LP (Sharma) | on behalf of Creditor Ally Bank  c/o AIS Portfolio Services, LLC amit.sharma@aisinfo.com |
| AIS Portfolio Services LP (Sharma) | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A., c/o AIS Portfolio Services, LLC amit.sharma@aisinfo.com |
| Geoffrey J Peters | on behalf of Creditor Citizens Bank   N.A. colnationalecf@weltman.com, colnationalecf@weltman.com |
| Jennifer Laufgas | on behalf of Creditor Wells Fargo Bank   N.A. ecfflsb@aldridgepite.com, jlaufgas@ecf.courtdrive.com |
| Jose A Blanco | on behalf of Debtor Fernando Eliseo Gomez eservice@blancopa.com  Blanco.JoseA.R105197@notify.bestcase.com |
| Jose A Blanco | |

District/off: 113C-1 User: admin Page 2 of 2
Date Rcvd: Jan 18, 2024 Form ID: trc Total Noticed: 1

Nancy K. Neidich
    on behalf of Joint Debtor Maite Esther Cespedes eservice@blancopa.com Blanco.JoseA.R105197@notify.bestcase.com
    e2c8f01@ch13miami.com ecf2@ch13miami.com

Office of the US Trustee
    USTPRegion21.MM.ECF@usdoj.gov

TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Southern District of Florida
Case No. 23-18016-RAM
Chapter 13

In re: Debtor(s) (including Name and Address)

Fernando Eliseo Gomez
7001 W 35TH AVE UNIT 129
Hialeah FL 33018

Maite Esther Cespedes
7001 W 35TH AVE UNIT 129
Hialeah FL 33018

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/17/2024.

Name and Address of Alleged Transferor(s):

Claim No. 20: Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587

Name and Address of Transferee:

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/20/24

Joe Falzone
**CLERK OF THE COURT**